**MIKESKA v. UNITED STATES et al.**

No. 9708.

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 8, 1948.

Decided Nov. 22, 1948.

Mr. Warren E. Miller, of Washington, D. C., with whom Mr. David S. Allshouse, of Washington, D. C., was on the brief, for appellant.

Mr. John W. Pehle, of Washington, D. C., with whom Mr. Lawrence S. Lesser of Washington D. C., was on the brief, for appellee Joe M. Mikeska.

Messrs. D. Vance Swann, Atty., Dept. of Justice, George Morris Fay, U. S. Atty. and Sidney S. Sachs and Thomas E. Walsh, Asst. U. S. Attys., all of Washington, D. C., entered appearances for appellee, United States of America.

Before EDGERTON, CLARK and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

The case must be affirmed. The only questions involved are the intention of the insured soldier and whether or not he took such steps to effectuate his intention to change the beneficiary of his policy (if he had any such intention) as reasonably might be expected under the circumstances. We find nothing in the record to cause us to disturb the decision of Judge Letts based upon his findings of fact and conclusions of law, which we therefore adopt.

Affirmed.